1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11

MATTHEW A. SMITH,

Case No.: 24cv1603-LL-SBC

12

Plaintiff,

13

v.

**ORDER DENYING PLAINTIFF'S MOTION TO SET ASIDE JUDGMENT**

14

ADAMS COUNTY COMBINED COURT,

15

**[ECF No. 7]**

Defendant.

16

17

18

Before the Court is Plaintiff Matthew A. Smith's Motion to Set Aside Judgement.[1]

19

ECF No. 7. For the following reasons, Plaintiff's Motion is **DENIED**.

20

**I.    BACKGROUND**

21

On September 6, 2024, Plaintiff, proceeding pro se, filed a Complaint in this Court.

22

ECF No. 1. Plaintiff also filed a Motion to Proceed in Forma Pauperis. ECF No. 2. Plaintiff

23

amended his Complaint twice. ECF Nos. 3 and 4. Plaintiff's address is in Colorado. *See*

24

Docket; *see also* ECF No. 7. Defendant Adams County Combined Court is also located in

25

Colorado. *See* ECF No. 1 at 2. On October 7, 2024, this Court denied Plaintiff's Motion to

26

27

_____

28

[1] This Court will construe Plaintiff's Motion as a Motion for Reconsideration.

1

1  Proceed in Forma Pauperis and dismissed Plaintiff's Complaint, both without prejudice.

2  ECF No. 5. The Court stated that "[t]here is no indication that this judicial district has any

3  connection to the alleged acts forming the basis of this lawsuit." *Id*. at 2. The Court further

4  stated that "[i]f Plaintiff chooses to refile his Motion to Proceed IFP and/or pay the filing

5  fee, Plaintiff should refile his action in the proper venue." *Id.* at 3.

6  ## II.   LEGAL STANDARD

7  Once the Court has issued an order or entered judgment, reconsideration may be

8  sought by filing a motion for relief from judgment under Federal Rule of Civil Procedure

9  60(b). *See Hinton v. NMI Pac. Enters.*, 5 F.3d 391, 395 (9th Cir. 1993).

10  Rule 60(b) provides for extraordinary relief and may be invoked only upon a

11  showing of exceptional circumstances. *Engleson v. Burlington N.R. Co.*, 972 F.2d 1038,

12  1044 (9th Cir. 1994). Reconsideration may be based on: (1) mistake, inadvertence, surprise

13  or excusable neglect; (2) newly discovered evidence which by due diligence could not have

14  been discovered before the court's decision; (3) fraud; (4) the judgment being void; (5) the

15  judgment having been satisfied; or (6) any other reason justifying relief. Fed. R. Civ. P.

16  60(b). The last prong is "used sparingly as an equitable remedy to prevent manifest

17  injustice" and "only where extraordinary circumstances prevented a party from taking

18  timely action to prevent or correct an erroneous judgment." *Delay v. Gordon*, 475 F.3d

19  1039, 1044 (9th Cir. 2007).

20  ## III.   DISCUSSION

21  Plaintiff requests in his Motion for "the court to halt on the order and judgment

22  [issued at ECF No. 5]." ECF No. 7 at 1. Plaintiff states "[a]side of any fiduciary

23  responsibility, his constitutional rights, and in light of the overall question their bias of his

24  pro se appearance essentially, his appearance in the correct venue and jurisdiction has

25  become an overall 'conflict of interest.'" *Id*. Plaintiff includes a list of cases in his Motion

26  in which he is (or was) purportedly a litigant. *Id.* at 2-4. Plaintiff has failed to show any of

27  the exceptional circumstances required for this Court to reconsider its previous Order. This

28  Court does not have discretion to hear Plaintiff's case, even if it is Plaintiff's preference

24cv1603-LL-SBC

1    based on some alleged "bias." There is no basis for Plaintiff to file the instant action in this

2    judicial district. *See generally* 28 U.S.C § 1391. Because Plaintiff does not meet any of the

3    grounds for relief under Rule 60(b), the Court **DENIES** Plaintiff's Motion.

4    **IV.    CONCLUSION**

5        For the reasons set forth above, the Court **DENIES** Plaintiff's Motion (ECF No. 7).

6    This action remains dismissed, and the case closed.

7        **IT IS SO ORDERED.**

8    Dated:  June 12, 2025

9

10

11                                Honorable Linda Lopez
                                  United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

24cv1603-LL-SBC